UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 08 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**RODNEY SHANNER and
RITA SHANNER**                                                  **PLAINTIFFS**

**v.**                          CASE NO. *4:17cv812-Sww*

**THE UNITED STATES OF AMERICA**                    **DEFENDANT**

## COMPLAINT

COME NOW Plaintiffs, Rodney Shanner and Rita Shanner, by and through their

counsel, Robert M. Cearley, Jr., Cearley Law Firm, P.A., and for their complaint against

The United States of America, state as follows:   This case assigned to District Judge *Wright*

and to Magistrate Judge *Harris*

## INTRODUCTION

1.      This is an action against United States of America under the Federal Tort

Claims Act ("FTCA"), 28 U.S.C. §2671-2680 and 28 U.S.C. §1346(b)(1), for personal injury

due to negligence which caused a a trip and fall that occurred at the Veterans

Administration Fort Roots Hospital in North Little Rock, Arkansas.

2.      A Standard Form 95 was timely filed for each Plaintiff alleging that Plaintiff,

Rodney Shanner was injured on March 4, 2015, and suffered certain damages and losses,

and that due to the severity of his injuries, Plaintiff, Rita Shanner, suffered a loss of

consortium, loss of services, society, and companionship. The receipt of the Standard

Form 95s were acknowledged on March 2, 2017 and the claims were denied by letter of

August 3, 2017 on the basis that there was no negligent or wrongful act on the part of an

employee of the Department of Veterans Affairs acting within the scope of employment that

1

caused Plaintiffs' compensable harm. A copy of the denial letter is attached hereto and incorporated herein as Exhibit 1. The filing of this suit is timely.

## PARTIES

3.     Plaintiffs are husband and wife. They are and have been at all relevant times residents of Maumelle, Pulaski County, Arkansas.

4.     Defendant United States of America, through its agency, the Department of Veterans Affairs, operates the Veterans Affairs Fort Roots Hospital (hereinafter "VA") in North Little Rock, Pulaski County, Arkansas.

5.     At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents, and staff of the VA were employed by and/or acting on behalf of the Defendant within the scope of their employment. Defendant is responsible for the negligent acts or omissions of its employees and agents under the doctrine of *respondeat superior* and under the *Federal Tort Claims Act*.

## JURISDICTION

6.     Jurisdiction is proper under 28 U.S.C. § 1346(b)(1).

## VENUE

7.     Venue is proper under 28 U.S.C. § 1402(b) as the acts herein complained of occurred in the Eastern District of Arkansas.

## FACTUAL ALLEGATIONS

8.     On or about March 4, 2015, Plaintiff Rodney Shanner, who was at that time a pastor, was visiting a parishioner who was a patient at the VA. As Plaintiff Shanner exited the building and entered the sidewalk immediately outside Building 170,

2

North Entrance, headed toward the parking lot, he tripped on an uneven surface

created by mismatched sidewalk slabs causing him to violently tumble headfirst off the

sidewalk and onto the street landing on his face and shoulder and suffer serious

injuries.

      9.    Plaintiff Shanner was at all times pertinent to this complaint conducting

himself in a careful and prudent manner.

      10.    As a direct and proximate result of his trip and fall Mr. Shanner suffered

serious, debilitating, and permanent injuries as set out below.

**NEGLIGENCE**

      11.    Plaintiffs incorporate paragraphs 1-10 herein by reference as if fully stated

herein.

      12.    The aforesaid incident occurred as a result of and was proximately caused

by the careless and negligent conduct of the VA, which includes, but is not limited to, the

following:

      (a)  failing  to properly supervise the common areas in question so as to furnish to

the Plaintiff, Rodney Shanner, a safe and level sidewalk, free from hazards, which were

recognized or should have been recognized by the VA as causing or likely to cause serious

physical harm to the Plaintiff Shanner and others;

      (b)  failing  to maintain the sidewalk in a safe condition to insure that Plaintiff and

others would not be caused to trip and fall as a result of the uneven seams in the sidewalk

slabs which existed and which were known and/or should have been known to the VA;

      (c)  failing  to properly inspect the sidewalk and repair the uneven seams in the

sidewalk slabs which created an approximate two (2) inch height discrepancy between the

3

sidewalk seams;

(d) failing to use ordinary care to maintain the premises in a reasonably safe condition;

(e) failing to comply with the applicable state, county, and city laws regulations and the applicable Federal laws and regulations governing walking surfaces and public buildings, sidewalks, and parking lots; and

(f) otherwise failing to warn business invitees and patrons, and more particularly, Plaintiff, of the hazardous condition of the premises when Defendant knew or reasonably should have known that the failure to warn Plaintiff of this condition would result in his injuries and damages as hereinafter set out.

## Damages

13.     As a direct and proximate result of Defendant's negligence Plaintiff has suffered the losses and injuries set out below:

a. a broken nose and serious, painful, and debilitating, injuries to his right shoulder, including a comminuted fracture of his right proximal humerus with dislocation of the humeral head that required a reverse total shoulder replacement that was performed on March 5, 2015;

b. past and future pain and suffering;

c. permanent pain and suffering and restriction of motion of his right arm and shoulder;

d. loss of earnings and earning capacity;

e. scars and disfigurement;

f. past and future medical expenses and rehabilitation expenses.

4

14.    As a direct and proximate result of Defendant's negligence Plaintiff Rita Shanner has suffered a loss of consortium.

15.    Defendant United States of America is liable under the Arkansas common law and under the Federal Tort Claims Act for the negligent acts and omissions of the administrators, directors, officers, operators, employees, agents, and staff of the VA, all of whom were employed by and/or acting on behalf of the Defendant. Furthermore, the Defendant is responsible for the negligent acts or omissions of its employees and agents under the doctrine of *respondeat superior*

16.    Plaintiffs state that by reason of their injuries they are entitled to recover of and from the Defendant, exclusive of interest and costs, the sum of $5,000,000..

WHEREFORE, Plaintiffs pray that they be awarded judgment against Defendant in in the amount of $5,000,000 and for such other relief as the nature of the case may allow.

Respectfully submitted,

Rodney Shanner and Rita Shanner
Plaintiffs

By:

Robert M. Cearley, Jr.
AR Bar No: 69008

Cearley Law Firm, P.A.
1001 La Harpe Blvd.
Little Rock, AR 72201
501.372.5600 (p)
501.374.3463 (f)
bob@cearleylawfirm.com

Attorney for Plaintiffs

5



**U.S. Department of Veterans Affairs**
**Office of General Counsel**

Torts Law Group
District Counsel
G.V. (Sonny) Montgomery VAMC
1500 East Woodrow Wilson
Jackson, MS 39216

Telephone: (601) 882-2880

In Reply Refer To: GCL335314

**Via Certified Mail**

August 3, 2017

Robert M. Cearley, Jr., Esquire
Cearley Law Firm
1001 La Harpe Boulevard
Little Rock, AR  72201

Subject:  Administrative Tort Claims of Rodney and Rita Shanner

Dear Mr. Cearley:

The Department of Veterans Affairs (VA) has thoroughly investigated the facts and circumstances surrounding your administrative tort claim.

The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680, under which you filed your claim, provides for monetary compensation when a Government employee, acting within the scope of employment, results in injury or damage to property of another by a negligent or wrongful act or omission.

Our review concluded that there was no negligent or wrongful act on the part of an employee of the Department of Veterans Affairs (VA) acting within the scope of employment that caused you compensable harm.  Accordingly, we deny your claim.

If you are dissatisfied with this decision, you may file a request for reconsideration of your claim with the VA General Counsel by any of the following means:

> (1) by mail to the Department of Veterans Affairs, General Counsel (021B),
>    810 Vermont Avenue, N.W., Washington, DC 20420; or
> (2) by data facsimile (fax) to (202) 273-6385; or
> (3) you may e-mail your request to OGC.torts@mail.va.gov.

To be timely, VA must <u>receive</u> this request within six months of the mailing of this final denial.  The VA has six months to act on the reconsideration request.  After that time, you have the option of filing suit in an appropriate U.S. District Court under 28 U.S.C. § 2675(a).  28 C.F.R. § 14.9.

In the alternative, if you are dissatisfied with the denial of your claim, you may file suit directly under the FTCA, 28 U.S.C. §§ 1346(b) and 2671-2680.  The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court.  The claimant must initiate the suit within six months of the mailing of this notice



EXHIBIT

**1**

as shown by the date of this denial (28 U.S.C. § 2401(b)).  In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Sincerely,

Alison Richards

Alison Richards
Acting Deputy Chief Counsel