# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| RODNEY SHANNER and RITA SHANNER<br>PLAINTIFFS | |
| V. | CASE NO. 4:17CV00812 SWW |
| THE UNITED STATES OF AMERICA<br>DEFENDANT | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 25TH DAY OF JULY, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE